AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

**RECEIVED**
SEP 18 2023
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

Michael Paul Foust
_Petitioner_

v.

Case No. 1:23-CV-271
_(Supplied by Clerk of Court)_

Superintendant Thompson SCI-Albion
_Respondent_
_(name of warden or authorized person having custody of petitioner)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Michael Paul Foust
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: SCI-ALBION
   (b) Address: 10745 Route 18
       ALBION PA 16475
   (c) Your identification number: CL9828
3. Are you currently being held on orders by:
   ☐ Federal authorities  ☒ State authorities  ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Venango County Court House Liberty Str. Franklin. PA 16323
   (b) Docket number of criminal case: CP-61-CR 679-1993
   (c) Date of sentencing: 6-30-94, 7-5-16 (Resentenced under Juvenile)
   ☐ Being held on an immigration charge
   ☐ Other _(explain):_ _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: __Venango County Court House, Liberty Str Franklin PA 16323__

   (b) Docket number, case number, or opinion number: __CP-61-CR 679-1993__

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
   __30 yr to life consecutive to 30 yr. to life total aggregate of 60 yr to life sentence__

   (d) Date of the decision or action: __7-5-2016 (Juvenile Resentencing)__

## Your Earlier Challenges of the Decision or Action

7. First appeal

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes      ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: __Superior Court of Pennsylvania__

   (2) Date of filing: __8-11-16__

   (3) Docket number, case number, or opinion number: __118 WDA 2016__

   (4) Result: __Affirmed__

   (5) Date of result: __2-21-18__

   (6) Issues raised: ① __Pursuant to [Miller, which invalidated] the Pennsylvania first and second degree murder statutes for juveniles, was the only constitutional sentence available a sentence for third degree murder. ② Is it unconstitutional to impose a sentence of 60yrs to life, a de facto__

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

sentence of [LWOP], on a juvenile absent a finding that the juvenile is one of the rare and uncommon juveniles who is permanetly incorrigible, irreparably corrupt, or irretrievably depraved.

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒ Yes  ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Supreme Court of Pennsylvania

(2) Date of filing: 3-27-18

(3) Docket number, case number, or opinion number: 126 WAL 2018

(4) Result: DENIED Petition for Allowance of Appeal

(5) Date of result: 5-25-22

(6) Issues raised: 1) Porsuant to [Miller, which invalidated] the Pennsylvania first and second degree murder statutes for Juveniles, was the only constitutional sentence available a sentence for third degree murder. 2) Is it unconstitutional to impose a sentence of 60 years to life, a defacto sentence of [LWOP], on a juvenile absent a finding that the juvenile is one of the rare and uncommon juveniles who is permenetly incorrigible, irreparably corrupt, or irretrievalbly depraved.

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☒ Yes  ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Venango County Courthouse (PCRA)

(2) Date of filing: ~~8-22-23~~ 5-22-23

(3) Docket number, case number, or opinion number: _____

(4) Result: ~~undecid~~ - Undecided -

(5) Date of result: ~~[illegible]~~

(6) Issues raised: (1) imposition of a life (or defacto) life sentence was improper and fundamentally at odds with both the Federal and the Pennsylvania Constitutions.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

2) Statute 1102.1 was not retro-active and should not have been used in any way for sentencing purposes

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

   (c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes      ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

    ☐ Yes      ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

    ☐ Yes      ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes   ☒ No

If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Is it unconstitutional to impose a 60 years to life, a defacto sentence of (LWOP) on a juvenile absent a finding that the juvenile is one of the rare and uncommon juveniles who is permenatly incorrigible, irreparably corrupt or irretrievably depraved

Page 7 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Resentencing Judge White expressly found "A significant change in defendants person between age 18 and time of resentencing (N.T. 7-5-16, 160:20-161:2) Judge White further concluded defendant "demonstrated remorse" for his crimes and "more importantly he's demonstrated a sincere effort to rehabilitate" (N.T. 7-5-16, 168:12-169:7).

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes        ☐ No

GROUND TWO: STATUTE 18 PA CS 1102.1(a) should not have been used towards rease. Resentencing.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The new 1102.1 statute that was created was created to not be retroactive. The General Assembly clearly stated that whe enacting this new statute for Juvenile Homicide offenders. This statute then cannot be used or even used as a guide to resentence a juvenile homicide offender.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes        ☐ No

GROUND THREE:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes        ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes     ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

_____

### Request for Relief

15. State exactly what you want the court to do: _Resentence Accordingly to the standards of Miller v. Alabama and Montgomery v. Louisanna. "A meaningful opportunity for release."_

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

September 14 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 9-14-23

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_